# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**578**

**CAF 11-02546**

PRESENT: SCUDDER, P.J., SMITH, CENTRA, AND LINDLEY, JJ.

---

IN THE MATTER OF DAMIEN W. AND ANGELA O.
------------------------------------------------
ORLEANS COUNTY DEPARTMENT OF SOCIAL SERVICES,                    ORDER
PETITIONER-RESPONDENT;

KENNETH O., RESPONDENT-APPELLANT.

---

LEAH K. BOURNE, ROCHESTER, FOR RESPONDENT-APPELLANT.

JAMES D. BELL, BROCKPORT, FOR PETITIONER-RESPONDENT.

HARRIET L. ZUNNO, ATTORNEY FOR THE CHILDREN, HILTON.

---

Appeal from an order of the Family Court, Orleans County (James P. Punch, J.), entered December 7, 2011 in a proceeding pursuant to Family Court Act article 10. The order, inter alia, determined that respondent had neglected the subject children.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: June 7, 2013                              Frances E. Cafarell
                                                   Clerk of the Court